May 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HINDU ASHRAM, INC., Appellant

NO. 14-15-00170-CV                    V.

SANJAY SARAN MATHUR, SEEMA MATHUR AND THE HEIRS OF
RAMESH S. MATHUR, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 24, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.